**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6939**

---

KEVIN MARK WILLSON,

Petitioner - Appellant,

v.

DIRECTOR  SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Mary G. Lewis, District Judge.  (8:25-cv-09617-MGL)

---

Submitted:  April 28, 2026                              Decided: May 1, 2026

---

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Mark Willson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Mark Willson seeks to appeal the district court's order dismissing with prejudice his 28 U.S.C. § 2254 petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that the petition be dismissed as untimely and advised Willson that failure to file timely, specific objections to this recommendation would waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Willson has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.[*]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Willson has moved for the appointment of counsel on appeal. (ECF No. 14). We deny that motion.

2